IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

DARIN RANKIN, *et al.*,             )
       Plaintiffs             )
       v.             )    No. 4:03-cv-96
COUNTY OF GRUNDY, *et al.*,             )
       Defendants             )

## O R D E R

In view of the fact that defendants Robert Meeks, Dennis Womack, and Grundy County, Tennessee, were dismissed by order entered on February 1, 2006, and in further view of the fact that this case has now settled as to the remaining defendant, Scott Dixon, the following motions are hereby DENIED AS MOOT:

    (1)    Motion for summary judgment by Grundy County, Tennessee, Robert Meeks and Dennis Womack [Court File #20]; and

    (2)    Motion to dismiss by Scott Dixon [Court File #27].

**E N T E R :**

                        *s/ James H. Jarvis*
                 UNITED STATES DISTRICT JUDGE